IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL JACOBSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>    Defendant. | 8:13CV360<br><br>**AMENDED PROGRESSION ORDER** |

  The parties' joint motion to amend the progression order (Filing No. 17) is granted, and the progression order is amended as follows:

1)  The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **April 27, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 14, 2015** at **2:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 13, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)  A telephonic conference with the undersigned magistrate judge will be held on **January 6, 2015** at **9:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 15, 2014. Motions to compel Rule 33 through 36 discovery must be filed by December 1, 2014.

5) The non-expert deposition deadline is December 15, 2014. The expert deposition deadline is January 15, 2015.

6) The deadline for filing motions to dismiss and motions for summary judgment is January 16, 2015.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 29, 2015.

September 24, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge