IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL JACOBSEN,<br><br>             Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>             Defendant. | 8:13CV360<br><br>**AMENDED PROGRESSION ORDER** |

      The parties joint motion, (Filing No. 19), is granted, and the final progression order is amended as follows:

1)     The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **June 29, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 16, 2015** at **1:30 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 15, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)     A telephonic conference with the undersigned magistrate judge will be held on March 10, 2015 at **11:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)     The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 17, 2015. Motions to compel Rule 33 through 36 discovery must be filed by March 3, 2015. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deposition deadline for expert witnesses is extended to March 16, 2015.

6) The deadline for filing motions to dismiss and motions for summary judgment is March 17, 2015.[1]

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 30, 2015.

December 12, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.