IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL JACOBSEN,<br><br>                        Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>                       Defendant. | 8:13CV360<br><br>**THIRD<br>AMENDED PROGRESSION ORDER** |

The parties' Motion to Amend the Amended Progression Order (Filing No, 31), is granted as follows:

IT IS ORDERED :

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **November 2, 2015**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge, in chambers, on **October 20, 2015** at **2:00 p.m.** The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 16, 2015.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 15, 2015. Motions to compel Rule 33 through 36 discovery must be filed by June 30, 2015.

4) The expert deposition deadline is June 16, 2015.

5) The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2015.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 30, 2015.

7) **No further continuances will be granted absent a substantial showing of good cause**.

March 19, 2015.
                                                BY THE COURT:
                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge