IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL JACOBSEN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>                    Defendant. | **8:13CV360**<br><br>**ORDER** |
| DOROTHY ANDERSON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>                    Defendant. | **8:13CV362** |

After conferring with the parties,

IT IS ORDERED:

1)   The deadline for plaintiff's response to the defendant's motion for summary judgment in Jacobsen v. Phelps Memorial, 8:13cv380, and the summary judgment motion deadline in Anderson v. Phelps Memorial, 8:13cv382, are stayed pending further order of the court.

2)   The defendant's anticipated motion for protective order regarding the deposition testimony of Cindy Jackson, Loren Schroder, Mark Harrel, and Roger Wertenberger, and deposition exhibits 14 and 15, shall be filed on or before August 6, 2015.  Plaintiff's response shall be filed on or before August 17, 2015.  Any reply shall be filed on or before August 20, 2015.

July 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge