IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL JACOBSEN,<br><br>            Plaintiff,<br><br>vs.<br><br>PHELPS MEMORIAL HEALTH CENTER,<br><br>            Defendant. | **8:13CV360**<br><br>**JUDGMENT** |

Pursuant to the court's memorandum and order granting the defendant's motion for summary judgment, final judgment is entered in favor of the defendant and against the plaintiff, providing that the plaintiff shall take nothing and the plaintiff's complaint is dismissed with prejudice.

Dated this 14th day of October, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge